THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DISCOVER MOVING & STORAGE, INC., a Montana corporation, <br><br>Defendant. | NO. C17-0575JLR <br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Discover Moving & Storage, Inc. |
| Principal Judgment | $21,729.75 |
| Liquidated Damages | $4,345.95 |
| Interest through 5/31/17 | 162.16 |
| Attorney's Fees: | $506.25 |
| Costs: | $480.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Four percent (4%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the

Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Miriam Williams and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 2 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period January 2017 through April 2017: for contributions of $21,729.75, for liquidated damages of $4,345.95, for pre-judgment interest of $162.16, for attorneys' fees of $506.25, and for costs of $480.00; all for a total of $27,224.11.

JUDGMENT ENTERED this 7th day of June, 2017.

JAMES L. ROBART
United States District Judge

Presented for Entry by:

/s/ Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff